UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:04-CR-14 |
| | ) | |
| TALMADGE CODY | ) | |

## **O R D E R**

This criminal matter is before the Court to address the appeal of the defendant in regard to the Magistrate Judge's order filed on March 8, 2006. [Doc. 229]. After careful consideration of the record as a whole, it is hereby **ORDERED** that the appeal of the defendant is **OVERRULED** because the Court FINDS that the Magistrate Judge's order is not clearly erroneous, an abuse of discretion, or contrary to law. Accordingly, it is hereby **ORDERED** that the Magistrate Judge's order is **ADOPTED** and **AFFIRMED** in regard to the denial of the defendant's motion for a pretrial date upon which Rule 17(c) subpoenas may be returned.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE